IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** **Janette Miguez** | ) ) ) | **17 B 14121** |
| Debtor(s), | ) ) ) | **Judge Deborah L. Thorne** |

*Notice of Objection*

The Trustee objects to the Motion to Modify Plan.

Marilyn O. Marshall,
Standing Trustee

/s/ A. Stewart Chapman
By: A. Stewart Chapman

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532